IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey Decker, et al., | : |
| Plaintiff(s), | : |
| | : Case Number: 1:15cv88 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Chubb National Insurance Company, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 14, 2015 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 2, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court finds the *Boone* exception to the attorney-client privilege applies to the claims file in this case.

The opinion letter and time line documents contained in File 8 are protected as work product and withheld from plaintiffs.

All other claims file documents are to be produced to plaintiffs unless, within 20 days of any Order adopting the report and recommendation: Defendants identify by Bates number the documents they assert are "clearly not relevant" to the claims in this case, the basis for their conclusion that such documents are not relevant, and the evidence in support of their continued redaction or withholding from plaintiffs. Defendants identify by Bates number any documents contained in File 7 they assert are protected as work product, the basis for the work product

protection, and the evidence in support of their continued withholding from plaintiffs.

    IT IS SO ORDERED.

                                        S/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court