**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| JEFFREY DECKER | : | Case No. 1:15-cv-88 |
| and | : | Judge Susan J. Dlott |
| MARIA DECKER, | : | Magistrate Judge Karen L. Litkovitz |
| Plaintiffs, | : | |
| vs. | : | **ORDER AMENDING PRETRIAL AND TRIAL SCHEDULING ORDER** |
| CHUBB NATIONAL INSURANCE CO. and CHUBB & SON INC., a Division of Federal Insurance Company, | : | |
| Defendants. | : | |

This case came on for a status conference pursuant to notice on December 8, 2015, at 3:00 pm. All parties of record participated by their trial attorneys of record: Gary Franke, William Bristol and Dave Ewing on behalf of plaintiff and Tom McKay and Greg Harrison on behalf of defendants. Based upon such conference, the Court hereby amends its prior Pretrial and Trial Scheduling Order, which was entered on May 1, 2015, as set forth below:

1. Dates to exchange lists of expert witnesses
   And furnish copies of expert reports

   | | |
   |---|---|
   | Party with burden of proof: | 7/1/2016 |
   | Opponent: | 8/15/2016 |
   | Rebuttal: | 10/3/2016 |

2. Fact Discovery Cutoff     10/3/2016
   Expert Discovery Cutoff     11/4/2016

3. Last date to file dispositive motions not directed
   To the pleadings. (E.g., summary judgment motions)     11/22/2016

   Memorandum contra due     12/20/2016

   Reply memorandum due     1/6/2017

2

| | | |
|---|---|---|
| 4. | Final Pretrial Conference at 10:00 am | 3/1/2017 |
| 5. | Trial to a Jury for 10 days Commencing at 9:30 am | 4/10/2017 |

All other provisions of this Court's May 1, 2015 order remain effective herein.

**IT IS SO ORDERED.**

Dated: January 6, 2016              S/Susan J. Dlott_____
                                                          The Honorable Susan J. Dlott
                                                          United States District Judge

HAVE SEEN AND AGREED:

*/s/ Gary F. Franke 1/4/2016 per phone*
Gary F. Franke (0029793)
William M. Bristol (0074005)
GARY F. FRANKE CO., L.P.A.
210 East Fourth Street, Suite 1040
Cincinnati, OH   45202
Tel:  (513) 564-9222
Fax: (513) 564-9990
Email:  gff@garyfrankelaw.com

Charles D. Ewing
Ewing & Willis PLLC
6009 Brownsboro Park Boulevard
Suite B
Louisville, KY   40207
Tel:  (502) 585-5800
Fax: (502) 585-5858
Email:  huntingcreek@twc.com

Trial Attorneys for Plaintiffs
Jeffrey Decker and Maria Decker

*/s/ Gregory A. Harrison 1/4/2016*
Gregory A. Harrison (0029814)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH   45202
Tel:    (513) 977-8200
Fax:   (513) 977-8141
Email: greg.harrison@dinsmore.com

Trial Attorney for Defendants
Chubb National Insurance Company
and Chubb & Son Inc.

Thomas McKay, III (admitted *Pro Hac Vice*)
COZEN O'CONNOR, PC
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
Tel:    (856) 910-5012
Fax:   (877) 259-7983
Email:  tmckay@cozen.com