IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| JEFFREY DECKER and MARIA DECKER, | : : | Case No.: 1:15-CV-00088-SJD |
| Plaintiffs, | : : | Judge Susan J. Dlott |
| vs. | : : | **AMENDED CORPORATE DISCLOSURE STATEMENT** |
| CHUBB NATIONAL INSURANCE CO. and CHUBB & SON, a division of Federal Insurance Company, | : : : | |
| Defendants. | : | |

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In compliance with those provisions, this Amended Corporate Disclosure Statement is filed on behalf of:

    Chubb National Insurance Company and Chubb & Son Inc., a division of Federal Insurance Company

1.     Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    ✓    YES            NO

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    Federal Insurance Company

    Federal Insurance Company is a wholly owned subsidiary of ACE INA Holdings, Inc.  ACE INA Holdings, Inc. is owned 80% by ACE Group Holdings, Inc. and 20% by Chubb Limited.  ACE Group Holdings, Inc. is a wholly owned subsidiary of Chubb Limited.  Chubb Limited is publicly traded on the New York Stock Exchange (symbol CB).  No publicly held corporation owns 10% or more of the stock of Chubb Limited.

    Chubb National Insurance Company is a wholly-owned subsidiary of Federal Insurance Company

2.     Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ✓    YES            NO

If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

Chubb Limited is a publicly traded company of the New York Stock Exchange (symbol CB).

| | |
|---|---|
| */s/ Gregory A. Harrison* | 03/01/2016 |
| Signature of Counsel | Date |

"Certificate of Service"
**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF and has been served upon the below-listed counsel for Plaintiffs on this 1st day of March, 2016 by First Class United States mail, postage prepaid.

                 */s/ Gregory A. Harrison*
                 Gregory A. Harrison

Gary F. Franke, Esq.
William M. Bristol, Esq.
GARY F. FRANKE CO., L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202

Trial Attorneys for Plaintiffs

10178263v1