THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY DECKER, et al. | : | CASE NO.: 1:15-CV-00088-SJD |
| Plaintiffs, | : | (Judge Susan J. Dlott) |
| v. | : | (Magistrate Judge Karen L. Litkovitz) |
| CHUBB NATIONAL INSURANCE CO., et al. | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION TO AMEND PRELIMINARY PRETRIAL ORDER

Upon the parties Motion to amend the Preliminary Pretrial Pretrial Order, it is hereby ORDERED that the Preliminary Pretrial Order is amended as follows:

1. Dates to exchange lists of expert witnesses
   And furnish copies of expert reports

   | | |
   |---|---|
   | Party with burden of proof: | 9/30/2016 |
   | Opponent: | 10/31/2016 |
   | Rebuttal: | 11/30/2016 |

2. Fact Discovery Cutoff — 12/30/2016
   Expert Discovery Cutoff — 1/15/2017

3. Last date to file dispositive motions not directed
   To the pleadings. (E.g., summary judgment motions) — 12/30/2016

   Memorandum contra due — 1/31/2017

   Reply memorandum due — 2/15/2017

4. Final Pretrial Conference at 10:00 am — 6/1/2017

5. Trial to a Jury for 10 days
Commencing at 9:30 am

7/17/2017

**IT IS SO ORDERED.**

_____
Susan J. Dlott
United States District Judge

HAVE SEEN AND AGREED:

/s/ Gary F. Franke
_____
Gary F. Franke (0029793)
William M. Bristol (0074005)
GARY F. FRANKE CO., L.P.A.
210 East Fourth Street, Suite 1040
Cincinnati, OH 45202
Tel: (513) 564-9222
Fax: (513) 564-9990
Email: gff@garyfrankelaw.com

Charles D. Ewing
Ewing & Willis PLLC
6009 Brownsboro Park Boulevard
Suite B
Louisville, KY 40207
Tel: (502) 585-5800
Fax: (502) 585-5858
Email: huntingcreek@twc.com

*Trial Attorneys for Plaintiffs,
Jeffrey Decker and Maria Decker*

/s/ Gregory A. Harrison
_____
Gregory A. Harrison (0029814)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8200
Fax: (513) 977-8141
Email: greg.harrison@dinsmore.com

Thomas McKay, III (admitted *Pro Hac Vice*)
COZEN O'CONNOR, PC
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
Tel: (856) 910-5012
Fax: (877) 259-7983
Email: tmckay@cozen.com

*Trial Attorney for Defendants,
Chubb National Insurance Company
and Chubb & Son, a Division of
Federal Insurance Company*