IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| JEFFREY DECKER and MARIA DECKER, | ) | CASE NO. 1:15-CV-88 |
| | ) | |
| Plaintiffs, | ) | Judge Susan J. Dlott |
| | ) | Magistrate Judge Karen L. Litkovitz |
| vs. | ) | |
| | ) | |
| CHUBB NATIONAL INSURANCE CO. | ) | **STIPULATION OF DISMISSAL** |
| and CHUBB & SON, a division of Federal | ) | **WITH PREJUDICE** |
| Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that all claims, counterclaims and cross-claims in this matter are hereby dismissed with prejudice, each party to bear its own costs, attorney fees and expenses.

| | |
|---|---|
| */s/ Gary F. Franke* | */s/ Gregory A. Harrison* |
| Attorney for Plaintiffs | Attorneys for Defendants |
| | |
| Gary F. Franke (0029793) | Gregory A. Harrison (0029814) |
| GARY F. FRANKE CO., L.P.A. | DINSMORE & SHOHL LLP |
| 120 East 4th Street, Suite 1040 | 255 East Fifth Street, Suite 1900 |
| Cincinnati, OH 45202 | Cincinnati, OH 45202 |
| Telephone: (513) 564-9222 | Telephone: (513) 977-8200 |
| Facsimile: (513) 564-9990 | Facsimile: (513) 977-8141 |
| Email: gff@garyfrankelaw.com | Email: greg.harrison@dinsmore.com |
| | |
| | Thomas McKay, III (*Pro Hac Vice*) |
| | COZEN O'CONNOR |
| | A Pennsylvania Professional Corporation |
| | Liberty View, Suite 300 |
| | 457 Haddonfield Road |
| | Cherry Hill, NJ  08002 |
| | Telephone:  (856) 910-5012 |
| | Facsimile:  (856) 259-7983 |
| | Email:  tmckay@cozen.com |